# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| DENNIS CROSBY on behalf of himself and all others similarly situated, JACKIE STEVEN POSTELL, and DANNY RAY COCHRAN,<br><br>*Plaintiffs,*<br><br>vs.<br><br>CITY OF GASTONIA, a municipality existing under the laws of the State of North Carolina,<br><br>*Defendant.* | Case No. 3:06-CV-462-C<br><br>**ORDER** |

**THIS MATTER** is before the Court on the Defendant City of Gastonia's "Motion to Strike Plaintiffs' Reply Concerning Their Motion to Compel, Or, Alternatively, Motion for Leave to File Sur-Reply" (document #30) filed August 31, 2007. For the reasons set forth in the City's Motion, and for good cause shown, the Defendant shall have up to and including September 7, 2007 in which to file its Sur-reply.

**SO ORDERED.**

Signed: August 31, 2007

_____
Carl Horn, III
United States Magistrate Judge