## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL NO. 3:06CV462-C

| | | |
|---|---|---|
| **DENNIS CROSBY on behalf of himself** | ) | |
| **and all others similarly situated,** | ) | |
| **JACKIE STEVEN POSTELL, and** | ) | |
| **DANNY RAY COCHRAN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |
| **CITY OF GASTONIA, a municipality** | ) | |
| **existing under the laws of the State of** | ) | |
| **North Carolina,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

**THIS MATTER** is before the Court on the "Defendant City of Gastonia's Motion to Strike Plaintiffs' Reply or, Alternatively, Motion for Leave to File Sur-Reply" (document #25) filed June 1, 2007. The underlying petition for class certification was referred to the undersigned on November 19, 2007. After reviewing all of the applicable motions and memoranda, the Court determined that although the request to strike the Plaintiff's reply should be **denied**, the Defendant's alternative request to file a proposed surreply should be granted prior to the handling of the underlying class certification petition.

Accordingly, the Defendant's motion to strike is **DENIED**, but the alternative motion to file a surreply is **GRANTED**. **PROVIDED FURTHER**, the Defendant's Surreply (which was attached to the subject motion) shall be filed on or before **December 17, 2007**.

**SO ORDERED.**

Signed: December 10, 2007

Carl Horn, III
United States Magistrate Judge