# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:07-cv-492-RJC-DSC

| | |
|---|---|
| DENNIS CROSBY, on behalf of himself and others similarly situated, JACKIE STEVEN POSTELL, and DANNY RAY COCHRAN, <br>    Plaintiffs, <br><br> v. <br><br> CITY OF GASTONIA, a municipality existing under the laws of the State of North Carolina, <br>   Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion for Leave to File Sur-Reply (Doc. No. 105) regarding Plaintiffs' Motion for Summary Judgment (Doc. No. 72), and Plaintiffs' Motion to Strike Defendant's Sur-Reply (Doc. No. 106). Having fully considered the record, the Court will **GRANT** Defendant's motion and **DENY** Plaintiffs' motion to strike for the following reasons:

Defendant asserts that Plaintiffs' reply brief (Doc. No. 101) contains misstatements of fact that should be corrected before the Court rules on Plaintiffs' Motion for Summary Judgment. Defendant's proposed sur-reply is less than three pages in length, focusing on its view of potentially material facts that pertain to the Court's determination of Plaintiffs' dispositive motion.

Ordinarily, a motion is ripe after a response has been filed. Nonetheless, the Court will, in this instance, grant the motion for leave to file a sur-reply in order to have the clearest factual picture upon which to evaluate the parties' arguments. However, the parties are reminded that sur-replies are <u>disfavored</u> and that leave for further rounds of briefing is unlikely to be granted. The cross

motions for summary judgment are thus ripe for determination.

Under Federal Rule of Civil Procedure 12(f), a court "may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent or scandalous matter." Plaintiffs have not shown that Defendant's sur-reply is redundant or scandalous, and the Court finds that the factual clarification it purports to provide is potentially material and pertinent. Therefore, Plaintiffs' motion to strike will be denied.

**IT IS, THEREFORE, ORDERED** that:

1. Defendant's Motion for Leave to File Sur-Reply (Doc. No. 105) is **GRANTED**;

2. Plaintiffs' Motion to Strike Defendant's Sur-Reply (Doc. No. 106) is **DENIED**; and

3. Defendant's Sur-Reply (Doc. No. 105-2) is hereby deemed filed *instanter*.

Signed: October 13, 2009

Robert J. Conrad, Jr.
Chief United States District Judge