# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Dennis Crosby, et al,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:06-cv-462

City of Gastonia,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 7, 2010 Order.

Signed: January 7, 2010

Frank G. Johns, Clerk
United States District Court